Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd. 8th Floor
    Walnut Creek, CA 94596
    Tel: (925) 222-7071
    Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
CHAVON MARIE WILBOURN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHAVON MARIE WILBOURN,<br><br>       Plaintiff,<br><br>       v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>       Defendant. | Case No. 2:26-cv-00697-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall have an extension of time of 30 days to file his motion for summary judgment. Plaintiff's motion for summary judgment is currently due to be filed on May 25, 2026. If the 30-day extension is approved by this Court, Plaintiff's motion for summary judgment will be due June 24, 2026.

    There is good cause for the extension. Plaintiff's counsel has 24 opening briefs and 5 reply briefs due to be filed on or before June 12, 2026. The extension of time will permit Plaintiff's counsel sufficient time and resources to conduct a thorough review of the record and draft the issues most pertinent to the Court's judicial review of this case.

Respectfully submitted,

Dated: May 13, 2026                    Law Offices of Francesco Benavides

By:    */s/ Francesco Benavides*
       FRANCESCO P. BENAVIDES
       Attorney for Plaintiff


Dated: May 13, 2026                    ERIC GRANT
                                       United States Attorney
                                       MATHEW W. PILE
                                       Head of Program Litigation 1
                                       Social Security Administration

By:    */s/ Erin Jurrens\**
       ERIN JURRENS
       Special Assistant U.S. Attorney
       Attorneys for Defendant
       (*Permission to use electronic signature
       obtained via email on May 13, 2026).

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, based on the stipulation of the parties, and for good cause shown, that Plaintiff is granted a 30-day extension of time to file his motion for summary judgment in the above-captioned case.  With the extension, Plaintiff's motion for summary judgment is now due on June 24, 2026.

IT IS SO ORDERED.


Dated:   __May 14, 2026__                              _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

-3-